

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    Delia Jazmi Delmas v. The State of Texas

Appellate case number:    01-18-00374-CR

Trial court case number:    1529893

Trial court:    230th District Court of Harris County

Appellant's motions to substitute counsel, supplement the reporter's record, and extend the time to file appellant's brief are granted. Appellant's brief is due within 50 days of this order.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
              Acting individually


Date: July 31, 2018